UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | **Case No.:** 2:25-mj-349 |
| **United States of America** | ) | |
| v. | ) | |
| **Austin Pittman** | ) | **Magistrate Judge** Vascura |
| **5315 Goldfield Drive** | ) | |
| **Hilliard, Ohio 43026** | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sara Sellers (Your Affiant), a Special Agent (SA) with the Homeland Security Investigations (HSI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I, Special Agent Sara Sellers (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2252, 2252A – the distribution, transmission, receipt, and/or possession of child pornography, or attempts of such as well as 18 U.S.C. §§ 2252A(a)(5)(B) and (a)(7) – the possession of AI generated child pornography and the production of a morphed image or IA generated child pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Austin Pittman (**PITTMAN**) committed the violations listed above.

2. I am a Special Agent (SA) of Homeland Security Investigations (HSI), assigned to the Office of the Assistant Special Agent in Charge, Columbus, Ohio since December 2020. During my tenure as a Special Agent, I have completed the Criminal Investigator Training Program (CITP) and the Homeland Security Investigations Special Agent Training Program (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During CITP and HSISAT I have received training that included cybercrimes, sexual exploitation of minors, child pornography, and the dark web. I am currently based out of the Franklin County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force investigating child exploitation and am responsible for enforcing federal law in numerous counties in the Southern District of Ohio. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 2252, and 2252A, and I am authorized by law to request a criminal complaint and arrest warrant.

**PROBABLE CAUSE**

3. In January 2025, law enforcement assigned to the Franklin County Internet Crimes Against Children (ICAC) Task Force received multiple CyberTipline Reports from the National Center for Missing and Exploited Children (NCMEC) from MediaLab/ Kik (listed as Kik). The CyberTipline Reports involved a user uploading suspected child sexual abuse material (CSAM). The CyberTipline Reports incident dates ranged from June 24, 2024, through September 23, 2024 and were listed as #196156839, #197280841, #197287780, #198584122, and #199911156.

4. As an example of the content being uploaded as flagged in the reports, CyberTipline Report #19911156 contained file name *f8d45850-3d9d-48a1-aad9-94d2a1433343.mp*4, which contained an approximately 14 second video which depicted a prepubescent female performing oral sex on what appeared to be an adult male penis.

5. The CyberTipline Reports contained Kik user IDs with "daviddivad" in the name followed by different numbers. All but one of the CyberTipline Reports shared a common IP address in the login history - 65.185.46.165. Ohio ICAC generated a subpoena for subscriber information related to IP address 65.185.46.165 and learned the subscriber address was listed as 509 E. Beck St. Columbus, Franklin County, Ohio 43206.

6. Further investigation revealed 509 East Beck Street was discovered to be the west unit of a duplex and 511 E. Beck Street was the east unit. Law enforcement conducted open source, closed source, and social media searches on 511 and 509 East Beck Street and learned Austin **PITTMAN** was found to be associated with 511 E. Beck Street.

7. Images of **PITTMAN** were identified on social media, some of which depicted the **PITTMAN** in what appeared to be military uniforms.

8. The ICAC then deconflicted based on username "daviddivad" which led to the discovery of additional CyberTipline Reports to include #202040695, #203577300, #170917258 and #173270849. These CyberTipline Reports were all from Kik as well. Law enforcement with the Franklin County ICAC contacted the investigators assigned to CyberTipline Reports #170917258 and #173270849 and learned they were from North Carolina, specifically Fort Bragg. The investigation revealed **PITTMAN** was the target of the Fort Bragg investigation as well based on subpoena results from Charter Communications which returned to **PITTMAN.** He was also given an "Other than Honorable Discharge" from the Army.

9. For example, CyberTipline Report #202040695 was received by NCMEC on November 7, 2024 concerning an incident which occurred on October 27, 2024. Kik provided suspect information, home email address: moxapap693@bulatox.com; screen/user name: daviddivad1010; display name: DavidDivad1010; ESP User ID: daviddivad1010_d8m. That report noted four files were sent from this user to another from IP address 65.185.46.165 to include file name *dd99f332-2253-40d3-9d6b-e6dcd66e03e1.mp4* which contained an approximately 15 second video which depicted a prepubescent female,

approximately 6-8 years old, sitting on a bed. An adult male is then seen inserting his penis into her vagina as she winced in discomfort.

10. Law enforcement with the ICAC conducted surveillance at 509/ 511 E. Beck St. and discovered a vehicle that was registered to a family member of **PITTMAN** who had been associated to the address of 511 E. Beck Street.  Surveillance continued at the address, however, investigators learned in the beginning of March 2025, **PITTMAN** and his family oved out of 511 E. Beck Street to the address of 5315 Goldfield Drive, Hilliard, Franklin County, Ohio 43026.

11. On April 29, 2025, a residential search warrant for 5315 Goldfield was obtained.  It was executed the following day.  **PITTMAN** was on scene and, after receiving his *Miranda* warnings, admitted he did live at 511 E. Beck St. and the internet was paid for by the unit at 509 but he was given access.  **PITTMAN** also admitted to creating Kik accounts with the username "daviddivad" and viewing child pornography for the "shock factor".  **PITTMAN** further stated he would send child pornography to others in exchange for more and that he has a pornography addiction.  **PITTMAN** was then arrested on various Pandering Sexually Oriented Material Involving a Minor charges in violation of Ohior Revised Code Section 2907.322.  His cellphone, an Apple iPhone 15, was also seized

12. A forensic examination of the device revealed approximately 200 images of child pornography, some of which was included in the CyberTipline Reports that had been generated by the NCMEC.

13. Continued review of **PITTMAN's** phone extraction revealed additional files of note.  Specifically, law enforcement observed files **PITTMAN** had either created or altered to depict child pornography or minor children nude.  For example, law enforcement observed a family photo which depicted four clothed females, all of whom were family members of **PITTMAN**, including Minor Victim One (DOB: 3/2010) and Minor Victim Two (DOB: 2/2013).  The image had originally been taken on or about September 1, 2024.  However, metadata on the image recovered on **PITTMAN's** phone revealed on or about September 11, 2024, **PITTMAN** had altered the image, and it now depicted the same four females, with Minor Victim One and Minor Victim Two fully nude, exposing their vaginas. Additional altered images like this one were recovered, as outlined below, with the text "Powered by AI generated" noted on the altered image.

14. Additional images of Minor Victim Two were recovered on **PITTMAN's** iPhone.  For example, metadata on an image of Minor Victim Two revealed it was taken by the iPhone at a residence in Kentucky on October 8, 2024.  In the image, Minor Victim Two was depicted wearing shorts and a shirt.  Metadata for a second image revealed **PITTMAN** utilized the first clothed image and photoshopped Minor Victim Two to be fully nude and exposing her breasts and vagina and that these alterations occurred on October 10, 2024.

15. Furthermore, a video of Minor Victim Two sleeping on a couch was filmed by **PITTMAN** in the home of Minor Victim Two on or about September 1, 2024.  In the video, Minor Victim Two was clothed in a t-shirt and underwear. The video depicted **PITTMAN** attempting to film under her blanket and the outline of the buttocks of Minor Victim Two

was visible.  A second video, with metadata indicating it was created on or about September 2, 2024 while in Ohio, depicted that same video of Minor Victim Two but this time, altered by **PITTMAN** so Minor Victim Two is nude from the waist up with her breasts exposed.  Further forensics revealed **PITTMAN** distributed a screenshot of this altered video on December 6, 2024 to another Kik user.

16. Based upon the above information, your affiant submits that there is probable cause to believe that Austin **PITTMAN** has committed offenses in violation of 18 U.S.C. §§ 2252, 2252A – the distribution, transmission, receipt, and/or possession of child pornography, or attempts of such as well as 18 U.S.C. §§ 2252A(a)(5)(B) and (a)(7) – the possession of AI generated child pornography and the production of a morphed image or IA generated child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

_____
Sara Sellars
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me this  9th   day of June, 2025

_____
The Honorable Chelsey A. Vascura
Magistrate Judge, U.S. District Court
Southern District of Ohio